1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASON JERMELL JAKE,

11                 Petitioner,              No. CIV S-11-0048 MCE DAD P

12          vs.

13   MIKE MCDONALD,

14                 Respondent.              ORDER

15   _____/

16             Petitioner has requested the appointment of counsel.  As the court recently advised

17   petitioner, there currently exists no absolute right to appointment of counsel in habeas

18   proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.

19   § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

20   so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does

21   not find that the interests of justice would be served by the appointment of counsel at the present

22   time.

23             Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment

24   of counsel (Doc. No. 19) is denied.

25   DATED: March 14, 2012.

26   DAD:mp
     jake0048.110

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26